### (October 14, 1976)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PEDRO LOPEZ, Petitioner, v EUGENE S. LEFEVRE, as Superintendent of Clinton Correctional Facility, Respondent.—Application for writ of habeas corpus pursuant to CPLR 7002 (subd [b], par 2) denied. Greenblott, J. P., Sweeney, Kane, Mahoney and Main, JJ., concur.

### (October 20, 1976)

■ In the Matter of Rocco A. FERRAN, Appellant, v THOMAS M. MONA-HAN, JR., et al., Constituting the Board of Elections of Rensselaer County, et al., Respondents, and FREE LIBERTARIAN PARTY, Intervenor-Appellant.—Appeals from a judgment of the Supreme Court at a Trial Term, entered October 18, 1976 in Albany County, which dismissed petitioner's application in a proceeding pursuant to section 330 of the Election Law, seeking, *inter alia,* a direction that the respondents place petitioner's name in a separate row or column on the ballot as a candidate of the Co-Equal Citizen Party for the office of Congressman in the 29th Congressional District. Inasmuch as the petitioner is the sole candidate of the Co-Equal Citizen Party he is not entitled to a separate row or column on the ballot *(Matter of Robinson v Brock,* 255 App Div 308). Although the Free Libertarian Party, if possible, would be entitled to a separate row or column on the ballot, the fact that that party and the Co-Equal Citizen Party have been made to share a row or column on the ballot has not been shown to unjustly discriminate against the candidates of either party to their prejudice *(Matter of Haskell v Voorhis,* 246 NY 256; cf. *Matter of Battista v Power,* 16 NY2d 198). Judgment affirmed, without costs. Sweeney, J. P., Kane, Main, Larkin and Herlihy, JJ., concur.

■ In the Matter of CHARLES L. TOUHEY, Respondent, v GEORGE P. SCARINGE et al., Constituting the Albany County Board of Elections, Appellants.—Appeal from an order of the Supreme Court, entered October 20, 1976 in Albany County, which, *inter alia,* enjoined, restrained and prohibited respondents from ordering, directing, permitting or authorizing the distribution of ballots, including military and absentee ballots, to be used in the general election to be held on November 2, 1976, unless petitioner's name be included thereon as a candidate for public office of Member of the Board of Education of the City School District of the City of Albany. Order affirmed, without costs. Koreman, P. J., Kane, Mahoney, Main and Herlihy, JJ., concur.